UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REVERENDRAS ROB J. SIMMONS, | ) ) ) | Case No. CV 10-1 PA(JC) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| CALIFORNIA STATE PAROLE, | ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: February 20, 2010

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE